Order entered November 28, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

_____

No. 05-12-00530-CR
_____

SUGAR RAY FRANKLIN, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 283rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F11-55114-T

## ORDER

The Court **DENIES** appellant's November 26, 2012 pro se motion to extend time to file a pro se brief. Appellant is represented by counsel who filed a brief on the merits and is not entitled to hybrid representation. *See Rudd v. State*, 616 S.W.2d 623 (Tex. Crim. App. [Panel Op.] 1981).


DAVID L. BRIDGES
JUSTICE